| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ward, Thomas J. | 2. Court or Organization<br><br>U.S. District Court, TX-E | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>100 East Houston Street<br>Marshall, Texas 75670 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Joint Venturer | J&J Joint Venture #1. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 MAY 13 A 10: 43 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Ward_Thomas_J**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American College of Trial Lawyers | March 26-30, 2008 | Austin, Texas | Nat'l trial competition | Travel, lodging and meals |
| 2. American College of Trial Lawyers | April 24-26, 2008 | Austin, Texas | meeting/speech | Lodging and meals |
| 3. University of Texas School of Law | May 30, 2008 | Austin, Texas | Panel participant | Travel and meals |
| 4. University of Texas School of Law | October 30-31, 2008 | Austin, Texas | Panel participant | Travel, lodging and meals |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford Life Variable Annuity | | None | L | T | | | | | |
| 2. Allstate Life Ins. Variable Annuity [f/n/a Northbrook Life] | | None | | | Sold | 3/18 | M | A | |
| 3. AXA Equitable Annuity | | None | M | T | Buy | 3/18 | M | | |
| 4. Hartford Life Variable Annuity | | None | K | T | | | | | |
| 5. NE Territory Addition LLC | A | Interest | K | U | | | | | |
| 6. Las Cruces Associates located Las Cruces, New Mexico | D | Rent | J | U | | | | | |
| 7. UBS Bank USA (accounts) | D | Interest | L | T | | | | | |
| 8. American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 9. American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 10. American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 11. American Funds Income Fund of America CLA | B | Dividend | K | T | | | | | |
| 12. American Funds Investment Co. of America CLA | A | Dividend | J | T | | | | | |
| 13. American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 14. American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 15. IRA #1 | E | Int./Div. | N | T | | | | | |
| 16. - Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | | See Section VIII |
| 17. - MSDW Global Dividend Growth Fund B | | None | | | Sold | 1/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- MSDW Strategist Fund B | | None | | | Sold | 1/24 | K | A | |
| 19. --MSDW Natural Resources Development Fund | | None | | | Sold | 1/24 | K | E | |
| 20. -- MSDW Dividend Growth Securities Fund B | | None | | | Sold | 1/24 | K | A | |
| 21. -- MSDW Real Estate Fund B | | None | | | Sold | 1/24 | L | A | |
| 22. -- MSDW Focus Growth Fund | | None | | | Sold | 1/17 | K | A | |
| 23. --American Funds Capital World Growth and Income Fund CLA | | None | | | Sold | 1/24 | K | C | |
| 24. --American Funds Capital World Bond Fund CLA | A | Interest | J | T | | | | | |
| 25. --American Funds Growth Fund of America CLA | | None | | | Sold | 1/24 | K | C | |
| 26. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 27. --American Funds Investment Co. of America CLA | | None | | | Sold | 1/24 | K | A | |
| 28. --American Funds New Economy Fund CLA | | None | | | Sold | 1/24 | K | C | |
| 29. --American Funds New Perspective Fund CLA | | None | | | Sold | 1/24 | K | C | |
| 30. Discover BK DE US CD | A | Interest | K | T | Buy | 2/07 | K | | |
| 31. Wachovia BK HA NC US CD | B | Interest | K | T | Buy | 1/25 | K | | |
| 32. National City BK OH US CD | A | Interest | K | T | Buy | 1/25 | K | | |
| 33. Marshall & Ilsey BK WI US CD | B | Interest | K | T | Buy | 1/25 | K | | |
| 34. GE Capital Inter Notes | B | Interest | K | T | Buy | 2/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Ward, Thomas J. | · | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Co. Bond | B | Interest | K | T | Buy | 1/25 | K | | |
| 36. American Funds US Gov't Securities Fund of America CLA | B | Interest | K | T | Buy | 1/24 | K | | |
| 37. Intermediate Bond Fund of America CLA | B | Interest | K | T | Buy | 1/24 | K | | |
| 38. FHLB Call Bond | A | Interest | K | T | Buy | 5/27 | K | | |
| 39. FHLMC Call Notes | A | Interest | K | T | Buy | 5/27 | K | | |
| 40. Texas Cap Bank NA TX US CD | A | Interest | | T | Buy | 2/07 | K | | |
| 41. Texas Cap Bank NA TX US CD | | None | | | Sold | 5/13 | K | | |
| 42. Tri State Capital Bank NA TX US | A | Interest | | T | Buy | 5/13 | K | | |
| 43. Tri State Capital Bank NA TX US | | None | | | Sold | 8/18 | K | | |
| 44. IRA #2 | D | Int./Div. | L | T | | | | | |
| 45. --American Funds Capital World Growth and Income Fund CLA | | None | | | Sold | 1/24 | J | B | |
| 46. --American Funds Capital Growth World Bond Fund CLA | C | Interest | J | T | | | | | |
| 47. --American Funds Growth Fund of America CLA | A | Dividend | | | Sold | 1/24 | J | B | |
| 48. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 49. --American Funds Investment Co. of America CLA | | None | | | Sold | 1/24 | K | A | |
| 50. --American Funds New Economy Fund CLA | | None | | | Sold | 1/24 | J | B | |
| 51. --American Funds New Perspective Fund CLA | | None | | | Sold | 1/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds US Gov't Securities Fund CLA | A | Interest | K | T | Buy | 1/25 | K | | |
| 53. Ameican Funds Bond Fund of America CLA | B | Interest | K | T | Buy | 1/25 | K | | |
| 54. American Funds Intermediate Bond Fund of America CLA | A | Interest | K | T | Buy | 1/25 | K | | |
| 55. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | E | Interest | N | T | | | | | |
| 56. Real Estate, Upshur County, Texas | | None | J | W | | | | | See Section VIII |
| 57. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 58. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 59. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 60. Southside Bank (accounts) | D | Interest | M | T | | | | | |
| 61. Ponderosa Gathering, LLC located Gregg County, Texas | A | Rent | J | U | | | | | |
| 62. Account Receivable | | None | J | U | | | | | |
| 63. J&J Joint Venture No. 1, Longview, TX | | None | J | U | | | | | |
| 64. CIBC Oppenheimer Money Market Account | A | Interest | J | T | | | | | |
| 65. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 66. Microsoft Corporation Common Stock | A | Dividend | J | T | | | | | |
| 67. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 68. Working Interest - Denson #1, Gregg County, Texas | D | Royalty | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Working Interest - J.Bussey #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 70. Working Interest - Culpepper #3, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 71. Working Interest - Flewellen #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 72. Working Interest - Flewellen #4, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 73. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 74. Working Interest - Denson #2, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 75. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 76. Working Interest - Denson #4, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 77. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 78. Working Interest - Flewellen #5, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 79. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 80. Working Interest - Culpepper #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 81. Working Interest - Culpepper #6, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 82. Working Interest - Castleberry #10, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 83. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 84. Working Interest - Castleberry #11, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 85. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Working Interest - Flewellen #8, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 87. Working Interest - Flewellen #9, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 88. Working Interest - Trudie Bruton #1, Gregg County, Texas | E | Royalty | K | W | | | | | |
| 89. Working Interest - Denson #5, Gregg County, Texas (WSP) | B | Royalty | J | W | | | | | |
| 90. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 91. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 92. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 93. Royalty - Davis #1, Wood County, Texas | B | Royalty | J | W | | | | | |
| 94. Working Interest -Utzman #1, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 95. Working Interest - Inez Bates #2, Nacogdoches County, Texas | C | Royalty | | | Sold | 8/01 | J | D | Ark-La-Tex LLC |
| 96. Working Interest - Inez Bates #3, Nacogdoches County, Texas | C | Royalty | | | Sold | 8/01 | J | D | Ark-La-Tex LLC |
| 97. Working Interest - Inez Bates #4, Nacogdoches County, Texas | C | Royalty | | | Sold | 8/01 | J | D | Ark-La-Tex LLC |
| 98. Working Interest - Inez Bates #5, Nacogdoches County, Texas | C | Royalty | | | Sold | 8/01 | J | D | Ark-La-Tex LLC |
| 99. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | A | Royalty | | | Sold | 8/01 | J | C | Ark-La-Tex LLC |
| 100. Working Interest - McCarter #1, Rusk County, Texas | C | Royalty | J | W | | | | | |
| 101. Working Interest - W.W. Mackey #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 102. Longview, TX Municipal Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Pleasanton, TX Municipal Bond | B | Interest | K | T | | | | | |
| 104. Brazos River Authority Bond | A | Interest | J | T | | | | | |
| 105. TX State Technical College Bond | A | Interest | K | T | | | | | |
| 106. Brazosport, TX ISD Bond | B | Interest | K | T | | | | | |
| 107. Killeen, TX Municipal Bond | A | Interest | K | T | | | | | |
| 108. Kate Dudley #1 Working Interest, Gregg County, TX | C | Royalty | J | W | | | | | |
| 109. First National Albany - Breckenridge Bank Accounts | D | Interest | M | T | | | | | |
| 110. Pauline & Charles Davis #1 Working Int.,Harrison Co.,TX | B | Royalty | J | W | | | | | |
| 111. Mary B. Allen #2 Working Interest, Gregg County, TX | A | Royalty | J. | W | | | | | |
| 112. Patton-Jarvis #1 Working Interest, Gregg County, TX | D | Royalty | K | W | | | | | |
| 113. McMichael #1 Working Interest, Gregg County, TX | A | Royalty | J | W | | | | | |
| 114. Williams #1 Working Interest, Leon County, TX | B | Royalty | J | W | | | | | |
| 115. Williams #2 Working Interest, Leon County, TX | B | Royalty | J | W | | | | | |
| 116. KC Timberland #1 Working Interest, Rusk County, TX | D | Royalty | K | W | | | | | |
| 117. Katy, TX ISD Bond | B | Interest | K | T | | | | | |
| 118. Houston, TX Arpt System Bond | A | Interest | K | T | Buy | 11/18 | K | | |
| 119. La Joya, TX Indpt. School District Bond | A | Interest | K | T | Buy | 11/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. DeSoto, TX Indpt. School District Bond | A | Interest | K | T | Buy | 12/12 | K | | |
| 121. Hayes, TX Indpt School District Bond | A | Interest | K | T | Buy | 9/30 | K | | |
| 122. Blackjack Timber Co. #1 Rusk Co. TX WI | | None | | | Buy | 10/27 | J | | Machin & Asso. See VIII |
| 123. KC Timberland #2 Rusk Co. TX WI | C | Royalty | K | W | Buy | 5/16 | J | | Machin & Associates |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item Nos. 5 and 6: Undivided interest in real estate limited partnership. Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item No. 16 on this 2008 report was reported on the 2007 report as being sold on 7/18/2007. This was incorrect in that there was only a partial sale of this asset on that date.

Item No. 54 on this 2008 report was reported as Item No. 39 on the 2007 report and indicated there was a partial sale to State of Texas for a highway widening project. Deed was signed and delivered on date indicated but funds were not to be paid until 2008. Proceeds from this partial sale were received on February 12, 2008 producing the gain as reported on 2007 report.

Item No. 62: Debtor is NE Territory Addition LLC identified in item number 5.

Item No. 63: Filer is passive investor in this joint venture real estate investment; assets are undivided interests in real estate limited partnership. Neither filer nor joint venture can direct, influence or in any manner effect the purchase, exchange, sale or disposition of limited partnership assets.

Item Nos. 89, 90, 91, and 92: Funds attributable to filer's working interest in these wells are distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP. Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

Item No. 93 "Davis #1" was inadvertently reported on 2007 report and some earlier reports as the "Davis #2".

Items No. 117 on the 2007 report is not reported on this report because the property proved non-productive in January 2008 and was abandoned.

Item No. 122 will not be reported on future reports because the prospect proved non productive at casing point election.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544